IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL MARTINEZ,

      Plaintiff,                                                                  No. 1:17-cv-01133-KRS

v.

NANCY A. BERRYHILL, Acting Commissioner
of the Social Security Administration,

      Defendant.

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

**THIS MATTER** comes before the Court upon Plaintiff's Application (Motion) to Proceed in District Court without Prepaying Fees or Costs [Doc. No. 2]. Having reviewed the application the Court FINDS and CONCLUDES that Plaintiff's request is well-taken and should be granted. In making this determination, the Court notes that Plaintiff has successfully established that he is unable to prepay the required filing fee and/or that so doing will cause him substantial hardship. *See* 28 U.S.C. § 1915(a)(1).

**IT IS, THEREFORE, ORDERED** that Plaintiff's Application (Motion) to Proceed in District Court without Prepaying Fees or Costs [Doc. No. 2] is hereby **GRANTED**.

                                                                                    _____
                                                                                     KEVIN R. SWEAZEA
                                                                                     UNITED STATES MAGISTRATE JUDGE