# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**MICHAEL MARTINEZ,**

    **Plaintiff,**

    vs.                                       No. 17-cv-1133-KRS

**NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,**

    **Defendant.**

## ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR AN EXTENSION

THIS MATTER comes before the Court upon Plaintiff's Unopposed Motion for an Extension of Time to File Plaintiff's Motion to Reverse and/or Remand (Doc. 18), filed April 5, 2018. Having reviewed the motion, the Court FINDS and CONCLUDES that Plaintiff's request for an extension of time is well-taken and should be granted. The Court further FINDS and CONCLUDES that the current briefing deadlines should be extended beyond the dates proposed by Plaintiff.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file and serve his motion to reverse or remand agency decision together with a supporting memorandum of law on or before **April 30, 2018**; Defendant shall file and serve her response on or before **June 25, 2018**; and Plaintiff may file and serve his reply, if any, on or before **August 20, 2018**.

                                                    _____
                                                    KEVIN R. SWEAZEA
                                                    UNITED STATES MAGISTRATE JUDGE