IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL MARTINEZ,
    Plaintiff,

vs.                                No. 17-cv-1133-KRS

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,
    Defendant.

## ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR AN EXTENSION

THIS MATTER comes before the Court upon Plaintiff's Unopposed Motion for an Extension of Time to File Plaintiff's Motion to Reverse and/or Remand (Doc. 20), filed April 24, 2018. Having reviewed the motion, the Court FINDS and CONCLUDES that Plaintiff's request for an extension of time to file his motion is well-taken and should be granted. The Court further FINDS and CONCLUDES that Plaintiff's request to extend the response and reply deadlines is not well-taken and should be denied.

In so finding, the Court notes that Plaintiff asks the Court to "extend" Defendant's response deadline to May 23, 2018, and Plaintiff's reply deadline to June 6, 2018. However, the requested dates actually reduce the current deadlines of June 25, 2018 and August 20, 2018, respectively. *See Order Granting in Part Plaintiff's Motion for an Extension* (Doc. 19).

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file and serve his motion to reverse or remand agency decision together with a supporting memorandum of law on or before **May 9, 2018**. The remaining deadlines shall remain in full force and effect.

                                               _____
                                               KEVIN R. SWEAZEA
                                               UNITED STATES MAGISTRATE JUDGE