# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MICHAEL MARTINEZ,

    Plaintiff,

  vs.                      No. 1:17-cv-1133-KRS

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** comes before the Court upon Defendant's Unopposed Motion for Extension of Time to File Commissioner's Response to Plaintiff's Opening Brief (Doc. 24), filed June 21, 2018. Having reviewed the request, the Court FINDS and CONCLUDES that Defendant's motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that Defendant shall file and serve her response on or before **July 9, 2018**, and Plaintiff may file and serve his reply, if any, on or before **September 4, 2018**.

                                                      _____
                                                      KEVIN R. SWEAZEA
                                                      UNITED STATES MAGISTRATE JUDGE