# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**MICHAEL MARTINEZ,**

    **Plaintiff,**

    vs.                              CIV. NO. 1:17-cv-01133-KRS

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**Social Security,**

    **Defendant.**

## ORDER

    Defendant, the Acting Commissioner of Social Security (Commissioner), by and through her counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

    Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings. [1]  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

                                                        */s/ Kevin Sweazea*
                                                         **KEVIN R. SWEAZEA**
                                                         **UNITED STATES MAGISTRATE JUDGE**

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.