IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL MARTINEZ,

    Plaintiff,

vs.                                      CIV. NO. 1:17-cv-01133-KRS

NANCY A. BERRYHILL,
**Acting Commissioner of**
**Social Security,**

    Defendant.

## JUDGMENT

Having granted Defendant's Unopposed Motion to Remand for Further Administrative Proceedings (Doc. 27) in an opinion and order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**